**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-06-52-1 |
| | § | |
| | § | |
| MANUEL IVAN CAVAZOS-AGUIRRE | § | |

## O R D E R

Defendant Cavazos-Aguirre filed an unopposed motion to continue the sentencing

hearing (Docket Entry No. 848). The motion for continuance is GRANTED.  The sentencing

hearing is reset to **December 16, 2009, at 10:00 a.m.**   Objections to the presentence report

will be due by December 4, 2009.

SIGNED on October 2, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge