**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| VS. | § CRIMINAL NO. H-06-52-1 § § |
| MANUEL IVAN CAVAZOS-AGUIRRE | § |

**O R D E R**

Defendant Cavazos-Aguirre filed an unopposed motion to continue the sentencing hearing (Docket Entry No. 899). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 10, 2010, at 10:00 a.m.**

SIGNED on May 20, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge