IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-06-52-1 |
| MANUEL IVAN CAVAZOS-AGUIRRE | § | |

### O R D E R

Defendant Cavazos-Aguirre filed an unopposed motion to continue the sentencing hearing (Docket Entry No. 920). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 23, 2010, at 10:00 a.m.**

SIGNED on July 27, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge