IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-06-52-1 |
| | § § | |
| MANUEL IVAN CAVAZOS-AGUIRRE | § | |

**O R D E R**

Defendant Manuel Ivan Cavazos-Aguirre filed a *Pro Se* Notice of Appeal. The magistrate judge will appoint counsel for the defendant for appeal purposes.

SIGNED on September 23, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge